IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID AMSLER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| TF FITNESS OPCO, LLC, et al., | ) ) |
| Defendants. | ) Civil Action No. 3:17-CV-0282-C |

## AGREED ORDER OF DISMISSAL

The Court, having considered the parties' Agreed Stipulation of Dismissal With Prejudice, filed June 11, 2018,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE**. Costs and attorneys' fees are taxed against the party incurring same, except as otherwise provided for the parties' Settlement Agreement.

Plaintiffs' Motion to Reopen Case and Request for Status Conference, filed June 1, 2018, is **DENIED AS MOOT**.

SO ORDERED this 12th day of June, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE